DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY JOHNSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3048

[December 12, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 97-14091CF10A.

Rodney Johnson, Malone, pro se.

No brief required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and GERBER, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***